# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELDER, CAROLINE | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| JOSEPH HOFBAUER & AIRBNB, INC., | § § § § | |
| Defendants. | § | |

## **INDEX OF MATTERS BEING FILED**

1. Defendant Airbnb, Inc.'s Notice of Removal

2. List of Parties

3. Electronic docket sheet from Cause No. 2018-7556, 189th Judicial District Court of Harris County, Texas

4. Plaintiff Caroline Felder's Original Complaint

5. List of Counsel of Record and Addresses