# EXHIBIT "D"

Case 4:18-cv-04622   Document 1-5   Filed in TXSD on 12/07/18   Page 2 of 8

10/22/2018 3:12 PM
Chris Daniel - District Clerk Harris County
Envelope No. 28459461
By: Wanda Chambers
Filed: 10/22/2018 3:12 PM

CAUSE

| | | |
|---|---|---|
| **CAROLINE FELDER,** | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | _JUDICIAL DISTRICT OF |
| | § | |
| **JOSEPH HOFBAUER &** | § | |
| **AIRBNB, INC.** | § | |
| **Defendants.** | § | HARRIS COUNTY, TEXAS |

**PLAINTIFF CAROLINE FELDER'S ORIGINAL COMPLAINT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiff, Caroline Felder, and makes and files this Complaint against Joseph Hofbauer and AirBNB INC., and would show the Court as follows:

**INTRODUCTION**

1.   Plaintiff intends to conduct discovery in this matter under Level 2 of the Texas Rules of Civil Procedure.

**JURISDICTION AND VENUE**

2.   This Court has jurisdiction and venue is proper because all of the events or omissions giving rise to the claim occurred in Harris County, Texas.

**STATEMENT REGARDING RELIEF SOUGHT**

3.   Pursuant to Texas Rules of Civil Procedure 47 (c), Plaintiff seeks monetary relief over $100,000 but not more than $200,000, including damages of any kind, penalties, cost, expenses, prejudgment interest, and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

**PARTIES**

4.     CAROLINE FELDER ("Mrs. Felder") is the Plaintiff in this action and is an individual residing of Bastrop Louisiana.  Mrs. Felder was injured while staying at an AirBNB located at 4709 Sharman St. Houston, Texas 77009.

5.     Defendant Joseph Hofbauer is an individual residing in Houston Harris, County, Texas and may be served with service of process by serving him at 1227 Heights Blvd, Houston, Texas 77008.

6.     Defendant Airbnb, INC. is Delaware Corporation, doing business in Houston, Harris County, Texas and may be served with service of process by serving its registered agent Corporation Service Company d/b/a in California as CSC- Lawyers Incorporating Services at 2710 Gateway Oaks Drive Suit 150N, Sacramento, California 95833 or 211 E. 7th Street, Suite 620 Austin, TX 78701 USA.

## FACTS AND PREMISES LIABILITY

7.     This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about May 11, 2017. At the time, Plaintiff was an invitee at the Airbnb rental property located at 4709 Sharman St. Houston, Texas 77009. Defendants Hofbauer and Airbnb were possessors and in charge of maintaining the rental property.

8.     While staying at the premises Mrs. Felder was attempting to enter the kitchen area of the home. This area was dark, because the light switch didn't work or was located in another room and while walking with due care  Mrs. Felder was caused to slipped and fell due to a negligently maintained floor and fractured her pelvis and tail bone.

9.     At the time of the incident, Plaintiff was an invitee of Defendants. Defendants knew or should have known of the unreasonably dangerous condition and neither corrected nor warned

Plaintiff of it. Plaintiff did not have any knowledge dangerous condition and could not have reasonably been expected to discover it.

10. Defendants either created the condition and/or failed to correct the condition or to warn Plaintiff about the dangerous condition, which constituted negligence and/or negligence per se, and such negligence was a proximate cause of the occurrence resulting in Plaintiff's injuries.

11. Plaintiff would show that based on the above described facts, Defendants were negligent. Defendants as owners of the premises, with control over the premises, had a duty to inform Plaintiff of the dangerous condition and make safe the defective condition existing on Defendants' premises.

**NEGLIGENCE**

12. Defendants are liable to Plaintiff under the theory of premises liability, negligence and negligence per se based on following negligent conduct:

   a. Failure to maintain the premises, including floors and walkways in a reasonable safe condition;

   b. Failure to inspect the premises where the dangerous condition existed;

   c. Failure to correct the condition by taking reasonable measure to safeguard persons who entered the premises;

   d. Failure to inform Plaintiff of the dangerous condition existing on premises; and

   e. Other acts deemed negligent.

13. At the time of the injury, the Plaintiff was in the process of walking into the kitchen. While walking with due care through the rental property, Mrs. Felder was caused to slip and fall due to a negligently maintained waxed stair case, there were no hand rails to assist as a person went up or down the stairs, located in the rental property, the walk way was dark because the light switch was

located in another room, Plaintiff was not made aware of this at the time of renting the property from the Defendants.

14. The acts and omissions of the Defendants constituted negligence and/or negligence per se and resulted in an unsafe condition on the premises, which the Defendants knew or should have known would result in injury to Mrs. Felder while under the Defendants' Control.

15. The injuries caused Mrs. Felder severe pain. She also suffered mental anguish and distress of the mind. Some or all of said injuries or effects thereof, are likely to be permanent.

16. As a result of these injuries, claimant was compelled to expend and will be obligated in the future to continue to expend large sums of money for medical treatment, surgery, pain management, hospital visits, x-rays, medicines, and therapy causing her loss and damages. Mrs. Felder's injuries also significantly diminished her enjoyment of life.

17. The Defendants being in complete control of the premises where the injuries occurred, were negligent in their failure to maintain a reasonably safe environment

18. This negligence and breach of duty proximately caused the injuries and damages complained of herein.

## DAMAGES SOUGHT BY PLAINTIFF

19. As a direct and proximate result of the incident made the basis of this lawsuit, Plaintiff Caroline Felder suffered injuries and incurred the following damages:

   A. Reasonable medical care and expenses in the past, said expenses being incurred by Plaintiff for the necessary treatment and care of the injuries resulting from or exacerbated by the incident herein complained of and said expenses being in the reasonable, usual, or customary charge for such services in the County in which they were rendered;

   B. Future reasonable and necessary medical care and expenses;

   C. Past physical pain and mental anguish;

D.  Future physical pain and mental anguish;

E.  Past physical impairment;

F.  Future physical impairment;

G.  Loss of earnings in the past;

H.  Loss of earnings in the future;

I.  Loss of household services in the past;

J.  Loss of household services in the future;

K.  Past bodily disfigurement;

L.  Future bodily disfigurement;

M.  Cost of medical monitoring and prevention in the future;

N.  Pre-judgment and post-judgment at the highest rates allowed by law; and

O.  All other and further relief to which Plaintiff may be justly entitled.

P.  Cost of medical monitoring and prevention in the future.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court, together with interest, cost of court, and all other and further relief to which Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: /s/ Roderick D. Rodgers
Roderick D. Rodgers
Texas Bar No. 24089590

Kenneth Stephens
Texas Bar No. 24082255
2616 South Loop W. #210
Houston, Texas 77054
Tel. (832) 930-0529
Fax. (713) 391-8349
filings@stephenspllc.com
Attorney for Plaintiff

Certified Document Number: 82259323 - Page 6 of 6



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 6, 2018

Certified Document Number:      82259323 Total Pages:  6

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**