# EXHIBIT "E"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELDER, CAROLINE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| JOSEPH HOFBAUER & | § | |
| AIRBNB, INC., | § | |
| | § | |
| Defendants. | § | |

## LIST OF COUNSEL OF RECORD AND ADDRESSES

Pursuant to Local Rule 81, listed below are counsel of record:

Roderick D. Rodgers
Kenneth Stephens
2616 South Loop W. #210
Houston, Texas 77054
Tel. (832) 930-0529
Fax. (713) 391-8349
filings@stephenspllc.com

**Counsel for Plaintiff Caroline Felder**

Robbie A. Moehlmann
Charles B. Walther
1001 McKinney Street, Suite 2000
Houston, Texas 77002
Phone: 713-654-8001
Facsimile: 713-343-6571
rmoehlmann@wwmlawyers.com
bwalther@wwmlawyers.com

**Counsel for Airbnb, Inc.**